EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number and address): | FOR COURT USE ONLY |
|---|---|
| Law Office of Steven A. Booska<br>Steven A. Booska, SBN 107899<br>250 Montgomery St, Ste 720,<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 397-4345   FAX NO. (Optional): (415) 982-3440<br>E-MAIL ADDRESS (Optional): stevenb@booskalaw.com<br>ATTORNEY FOR (Name): Plaintiff<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
STREET ADDRESS: 450 GOLDEN GATE, BOX 36060
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF: RECORDING IND ASSOC OF AMERICA, et al.,

DEFENDANT: PAUL SHIRES, et al.,

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF   [ ] Personal Property<br>[ ] SALE   [ ] Real Property | CASE NUMBER: C-07-01450-CRB |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** CONTRA COSTA
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server**: You are authorized to serve this writ only in accord with CCP 669.080 or CCP 715.040.
3. (Name): RECORDING IND ASSOC OF AMERICA
   is the [X] judgment creditor [ ] assignee of record   whose address is shown on this from above the court's name.

4. **Judgment Debtor** (name and last known address):

   PAUL SHIRES
   660 TEMPE CT #3
   PLEASANT HILL CA 94523

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on (date): AUGUST 17, 2007
6. [ ] **Judgement renewed** on (dates):

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

[Seal]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . $16,500.00
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . $ 0.00
13. Subtotal (add 11 and 12) . . . . . . . . $16,500.00
14. Credits . . . . . . . . . . . . . . . . . . . . . . $ 0.00
15. Subtotal (subtract 14 from 13) . . . . . $16,500.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) . . . . .$ 3,461.44
17. Fee for issuance of writ . . . . . . . . . .$ 0.00
18. Total (add 15, 16 and 17) . . . . . . . . $19,961.44
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of . . . . . . . . . . .$4.52
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) . . . . . . . . . . . . $0.00
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING

Issued on (date): 10/26/10    Clerk, by ALFRED AMISTOSO , Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government code, § 6130.5
www.courtinfo.ca.gov